# UNITED STATES DISTRICT COURT

## Northern District of California

NAVIGATORS INSURANCE

        Plaintiff(s),

  v.

TRAVELERS CASUALTY

        Defendant(s).
_____/

No. C 09-03805 MEJ

**ORDER SCHEDULING HEARING RE DEFENDANT'S MOTION FOR TRANSFER OF VENUE**

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

     Pending before the Court is Defendant's Motion for Transfer of Venue. The Court hereby schedules Defendant's motion for a hearing on October 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall comply with Civil Local Rule 7.

     Further, upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

     You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate

1  Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy
2  of both the consent and declination forms may be obtained from the Northern District of California's
3  website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left
4  margin, then choose "Civil."  The parties shall inform the Court of their decision by September 17,
5  2009.

6  **IT IS SO ORDERED.**

8  Dated: August 31, 2009

    _____
    Maria-Elena James
    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**